### ELK CITY STATE BANK et al. v. SHAWNEE BAKING CO. et al.

No. 16093—Opinion Filed June 8, 1926.

Appeal from County Court, Beckham County; Oscar Spud, Judge.

Action between the Elk City State Bank et al. and the Shawnee Baking Company et al. From the judgment, the former appeals. Reversed and remanded.

R. N. Linville, for plaintiffs in error.

Adams & Chapman and Gilkerson & O'Neal, for defendants in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 468, 108 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendants in error to file a brief as required by rule 7 of this court.